| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>YORK CLAIMS SERVICE, INC.,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER,<br><br>Third Party Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO. 07-7043(DLC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant/third-party plaintiff York Claims Service, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Defendant further states that York Insurance Services Group, Inc. is the sole shareholder of defendant. York Insurance Holdings, Inc. is the sole shareholder of York Insurance Services Group, Inc.

                                         RIKER DANZIG SCHERER HYLAND
                                         & PERRETTI LLP
                                         Attorneys for Defendant/Third Party Plaintiff
                                         York Claims Service, Inc.

                                   By:_____
                                              Gerald A. Liloia
                                      Edwin F. Chociey, Jr. (EC-6575)
                                         Neena Barua (NB-6090)

500 Fifth Avenue, Suite 4920
New York, NY 10110
(212) 302-6574

and

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Dated: September 10, 2007

3789731.1