UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP, <br><br>                      Plaintiff,<br><br>vs.<br><br>YORK CLAIMS SERVICE, INC.,<br><br>      Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER,<br><br>      Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 07-7043 (DLC)**<br>)<br>) **DISCLOSURE OF CORPORATE**<br>) **AFFILIATIONS AND OTHER**<br>) **ENTITIES WITH A DIRECT**<br>) **FINANCIAL INTEREST IN**<br>) **LITIGATION**<br>)<br>) **THIS DOCUMENT HAS BEEN**<br>) **ELECTRONICALLY FILED**<br>)<br>)<br>) |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Colonial Cooperative Insurance Company who is a Third-Party Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
        *[check one]*    ☐ YES    X NO

2. Does party have any parent corporations?,
        *[check one]*    ☐ YES    X NO

        If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
        *[check one]*    ☐ YES    X NO

If YES, identify all
such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    *[check one]*     ☐ YES     X NO

If YES, identify
entity and nature of
interest:

5. Is party a trade association?

    *[check one]*     ☐ YES     X NO

If YES, identify all
members of the
association, their
parent corporations,
and any publicly
held companies that
own 10% or more of
a member's stock:

Dated: Albany, New York
       October 9, 2007

Yours, etc.,

**GLEASON DUNN, WALSH & O'SHEA**

BY: _____
     Aron Z. Karabel, Esq.
     Bar Roll No. AK0616
     Attorneys for Third-Party Defendants
     Office and Post Office Address
     40 Beaver Street
     Albany, New York 12207
     (518) 432-7511