UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

DESIMONE AVILES, SHORTER & OXAMENDI, LLP,

        Plaintiff,

    -v-

YORK CLAIMS SERVICE, INC.,

        Defendant/Third Party Plaintiff,

    -v-

COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER,

        Third Party Defendants.

------------------------------------- X

07 CIV. 7043 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

DENISE COTE, District Judge:

    The initial pretrial conference was scheduled for November 30, 2007. Counsel for the third-party defendants did not appear. It is hereby

    ORDERED that the conference is rescheduled for **December 20, 2007** at **4 p.m.** This conference shall be held by <u>telephone</u> with all counsel who will serve as <u>principal trial counsel</u> participating. Counsel for the plaintiff will initiate the telephone conference.

    SO ORDERED:

Dated:   New York, New York
         December 4, 2007

                             /s/ Denise Cote
                             DENISE COTE
                  United States District Judge