UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DESIMONE AVILES SHORTER & OXAMENDI,
LLP,
        Plaintiff,

    -v-

                                    07 Civ. 7043 (DLC)

YORK CLAIMS SERVICE, INC.,
        Defendant, Third Party        ORDER
        Plaintiff,

    -v-

COLONIAL COOPERATIVE INSURANCE COMPANY,
and STEPHEN MUEHLBAUER,
        Third Party Defendants.
------------------------------------------X

DENISE COTE, District Judge:

    During a telephonic conference held on December 20, 2007, with all parties present, it became apparent that there was an absence of complete diversity among the parties, and that the Court therefore lacked subject matter jurisdiction over the action. The Court informed the parties that it would dismiss the action on January 2, 2008, unless the plaintiff made a submission before that date proffering a basis for subject matter jurisdiction. The Court having received no such submission, it is hereby

    ORDERED that the action is dismissed for lack of subject

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/3/08]

matter jurisdiction.  The Clerk of Court shall close the case.

    SO ORDERED:

Dated:    New York, New York
           January 3, 2008

                                        DENISE COTE
                            United States District Judge