UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> YORK CLAIMS SERVICE, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER, <br><br> Third-Party Defendants. | CIVIL ACTION NO. 07-7043 (DLC) <br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark T. Walsh, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Thomas F. Gleason, Esq.
> Gleason, Dunn, Walsh & O'Shea
> 40 Beaver Street
> Albany, New York 12207
> Telephone: (518) 432-7511
> Facsimile: (518) 432-5221

Thomas F. Gleason is a member in good standing of the Bar of the State of New York.

There is no pending disciplinary proceeding against Thomas F. Gleason in any state or federal court.

Dated: Albany, New York
December 10, 2007

Respectfully submitted,

**GLEASON DUNN WALSH AND O'SHEA**

By: _____
MARK T. WALSH, ESQ.
SDNY Bar No. MW5155
Office and Post Office Address
40 Beaver Street
Albany, New York 12207
Telephone: (518) 432-7511
Facsimile: (518) 432-5221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP,<br><br>       Plaintiff,<br><br>vs.<br><br>YORK CLAIMS SERVICE, INC.,<br><br>   Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER,<br><br>    Third-Party Defendants. | **CIVIL ACTION NO. 07-7043 (DLC)**<br><br>**AFFIDAVIT OF MARK T. WALSH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS:

MARK T. WALSH, being duly sworn, deposes and says as follows:

1. I am a member of Gleason, Dunn, Walsh & O'Shea, counsel for Third-Party Defendants in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Thomas F. Gleason, as counsel *pro hac vice* to represent Third-Party Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and have been since 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court and have been since 1982.

3. I have know Thomas F. Gleason since 1980.

1

4. Mr. Gleason is a member of our firm, Gleason, Dunn, Walsh & O'Shea.

5. I have found Mr. Gleason to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Thomas F. Gleason, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Thomas F. Gleason, *pro hac vice*, which is attached hereto as **Exhibit "A"**.

WHEREFORE, it is respectfully submitted that the motion to admit Thomas F. Gleason, *pro hac vice*, to represent Third-Party Defendants in the above-captioned matter, be granted.

Dated: Albany, New York
December 10, 2007

_____
MARK T. WALSH
SDNY BAR CODE: MW5155

Sworn to before me this
10th day of December, 2007.

_____
Notary Public

KATHLEEN D. SECOR
Notary Public, State of New York
Qualified in ... County
Commission Expires March 30, 20__

2



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Thomas F. Gleason

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of January, 1979**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of December, 2007**.



*Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP, <br><br>                    Plaintiff, <br><br> vs. <br><br> YORK CLAIMS SERVICE, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER, <br><br> Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 07-7043 (DLC)** <br> ) <br> ) **AFFIDAVIT OF SERVICE OF** <br> ) **MOTION TO ADMIT COUNSEL** <br> ) ***PRO HAC VICE*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK    )
COUNTY OF ALBANY   ) ss:

**GARY McNAMARA**, being duly sworn, deposes and says he is over the age of 18 years old and that he is not a party to the within action; that on the 10th day of December, 2007, he served the **Motion to Admit Counsel *Pro Hac Vice*, Attorney's Affidavit in Support of Motion and Proposed Order** upon the following persons in the following manner:

Michael J. Aviles, Esq.
Desimone, Aviles, Shorter & Oxamendi, LLP
145 Hudson Street, Suite 5C
New York, New York  10013

Edwin F. Chociey, Jr., Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, One Speedwell Avenue
Morristown, NJ  07962-1981

via regular first-class mail by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Post Office in Albany, New York at 45 Hudson Avenue, Albany, New York, directed to said persons at said address, that being the last known address in the state designated for that purpose upon the last papers served in this action or

the places where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                            */s/ Gary McNamara*
                                            GARY McNAMARA

Sworn to before me this
10th day of December, 2007.

*/s/ Anne Ascenzi*
Notary Public

ANNE ASCENZI
Notary Public, State of New York
Qualified in ...
P... ...
Commission Expires 4/30/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIMONE, AVILES, SHORTER & OXAMENDI, LLP, <br>                           Plaintiff, <br><br> vs. <br><br> YORK CLAIMS SERVICE, INC., <br><br>      Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> COLONIAL COOPERATIVE INSURANCE COMPANY and STEPHEN MUEHLBAUER, <br><br>            Third-Party Defendants. | **CIVIL ACTION NO. 07-7043 (DLC)** <br><br> **ORDER FOR ADMISSION** <br> ***PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Mark T. Walsh, a member of Gleason, Dunn, Walsh & O'Shea, attorneys for Third-Party Defendants, and said Sponsor's Attorney's Affidavit in support;

**IT IS HEREBY ORDERED**, that:

Thomas F. Gleason, Esq.
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York 12207
Telephone: (518) 432-7511
Facsimile: (518) 432-5221
Email Address: tgleason.SDNY@gdwo.net

is admitted to practice *pro hac vice* as counsel for Third-Party Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including, the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

1

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December ___, 2007
       New York, New York

                                         _____
                                         DENISE L. COTE
                                         United States District Judge