```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08
```

RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESIMONE, AVILES, SHORTER & )
OXAMENDI, LLP, )
          Plaintiff, )
)
vs. ) CIVIL ACTION NO. 07-7043 (DLC)
)
YORK CLAIMS SERVICE, INC., ) MOTION TO ADMIT COUNSEL
) *PRO HAC VICE*
   Defendant and Third-Party Plaintiff,)
)
vs. )
)
COLONIAL COOPERATIVE INSURANCE )
COMPANY and STEPHEN MUEHLBAUER, )
)
      Third-Party Defendants. )
)

Granted:
Denise Cote
Jan 18, 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark T. Walsh, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

   Thomas F. Gleason, Esq.
   Gleason, Dunn, Walsh & O'Shea
   40 Beaver Street
   Albany, New York 12207
   Telephone: (518) 432-7511
   Facsimile: (518) 432-5221

Thomas F. Gleason is a member in good standing of the Bar of the State of New York.

There is no pending disciplinary proceeding against Thomas F. Gleason in any state or federal court.

Dated: Albany, New York  
       December 10, 2007

Respectfully submitted,

**GLEASON DUNN WALSH AND O'SHEA**

By: _____  
MARK T. WALSH, ESQ.  
SDNY Bar No. MW5155  
Office and Post Office Address  
40 Beaver Street  
Albany, New York 12207  
Telephone: (518) 432-7511  
Facsimile: (518) 432-5221